Honorable Frank Geraci                                          6June2023
U.S. District Judge
100 Court Street
Rochester, New York 14614


Dear Judge Geraci,

I send you this letter in regards to Raymond Dipasquale, who will be sentenced on
July 25, 2023 at 11a.m. in your court.

I have known Raymond Dipasquale since 1996.

The Raymond Dipasquale that I know is an honest, hard working, respectful individual.
Kind to his family and friends.

The Raymond Dipasquale that I know served the public well as a deputy sheriff in the Livingston
County Sherriff's Department and as a deputy in the Greece, NY police department.  This
career spanned over 30 years.

The Raymond Dipasquale helped raise and support his wife and two sons.

I respectfully ask that you consider these facts as you determine his sentence.

Thank you ,

James Sweeney
3 Hart Street
Batavia, New York  14020

BUFFALO NY 140
7 JUN 2023  PM 1 L

USDC-WDNY
JUN – 9 2023
ROCHESTER

Honorable Frank Geraci
U.S. District Judge
U.S. Court House
100 State St
Rochester, NY
14614

3 Hart Dr
14020