# EXHIBIT A

April 1, 2023

Kimberly Dipasquale
5381 W. Lake Rd
Conesus, NY 14435

Your Honor:

I want to begin by saying that I appreciate you taking the time to let me tell you a little bit about Ray and myself. I met Ray in college about 38 years ago, and we have been married for 36 years this June. You have probably heard the sayings "soul mate" and "that person is the one" - that is the case for Ray and myself, still to this day.  After just two short years, we married and began our family. We have two amazing children, our oldest Ryan is married to Robin who we have known for over 14 years. We call her our daughter because of how close we are with her. Ryan and Robin just welcomed their first son, Declan, on March 11, 2023.  Our youngest son, Brandon, is a traveling Physical Therapist Assistant and  is currently working in Hawaii.  I am currently working as a State Farm insurance agent in Geneseo NY and have been for the last 22 years.

I am aware of the charges against Ray. On February 16, 2022 our lives changed forever. I was in shock, Ray is the kindest, most caring individual I have ever met. I will never forget the look on Ray's face that morning: the tears, pain and anguish will forever be embedded in my memory. This emotion is something I have not seen before. He has always been the strong one, my rock. I guess that is why we have been together so long; our commitment to have each other at the worst times is unwavering. I know in my heart that Ray is still that amazing person I married despite the mistakes he has made. I have always been a believer in everyone making mistakes, but it is what you learn from your mistakes that matters. We both have instilled this value into our children - if you learn from your mistakes, we will have your back.

For about the last 7 years we have dealt with many family illnesses and death. Both Ray's dad and my dad suffered from Parkinson's disease. We lost my dad in December of 2020. Ray was a big part in helping my family in Batavia when they needed an extra hand. He made countless trips there to help out at any time day or night.

Ray's dad, Chuck, is in stage four of Parkinson's disease and is currently living in his home with his wife. Ray goes to Mt Morris at least five days a week to clean and shower his dad. At times he will sleep there in order to be able to help when his dad gets up throughout the night. Chuck was chief of Police for over 35 yrs and is a very proud man. Ray is the only one he will let shower him. Ray cares for both his parents. He shows both of his parents respect and compassion at this difficult time in their lives, and he is grateful to be able to spend this time with them.

In 2016 my sister, only 18 months older than I, was diagnosed with stage 4 breast cancer. After a long five years, she lost her battle. During those five years, I would go to Batavia and later to

Tennessee to help care for my sister. Ray went to help my sister's husband put down new flooring so they could sell their house. He helped with meal prep and packing for the move. Ray was by my side throughout that difficult time. We also lost a very close Uncle in between my dad and sisters passing. Without hesitation Ray drove me and my mom to North Carolina to see his widow. While there, he took down a tree and did major yard work. In December 2022, we lost our nephew Jordan at only 20 years old. This was particularly devastating for us, as we were very close with Jordan.

Ray suffered two concussions just two weeks apart, in February 2021. The second one was a very serious snowmobile accident where an older man almost died when he hit Ray's sled. I watched Ray struggle with this, to the point where a friend suggested he talk to someone. To this day he regrets his decision not to. Ray was also a very athletic individual and with the concussions and his inability to be able to run due to his knees, this took a toll on his self confidence and he began to shut off his emotions.

Ever since the presentation of the search warrant, Ray has become a different man. He has taken responsibility and continues to do so for his actions, and immediately went into counseling both in a group and individual setting. He often tells me the positives that have come out of the counseling. He also is currently taking medication for his depression. As difficult as it was, I watched him go to the neighbors and family to discuss what happened. That is a big step for Ray; in the past, he would avoid uncomfortable or hard situations. He is no longer glued to his phone and has been interacting more with friends. Ray is overwhelmed with the support from friends and family, as he felt he was not deserving of it. I often remind him that they continue to show him this support because of the person he is - kind, compassionate, and welcoming. He has always opened up our home to others. Our marriage is stronger now: he opens up and we both don't worry about hurting each other's feelings, in order to share our true emotions with each other. I have learned to be more patient and let him have his thoughts and feelings.

I truly feel Ray has learned a great deal from the past year and has a plan on moving forward and growing from this experience. Ray is an amazing father and husband. We both know this won't be easy, but I know with continued therapy and the support system we have we will both continue to move forward, and be each other's rock.

Regards,

Kim Dipasquale

April 11, 2023
Brandon DiPasquale
5381 W Lake Rd
Conesus, NY 14435


Dear Judge,

It's my privilege to have the opportunity to express my thoughts about my dad, Raymond DiPasquale. I am fully aware of the charges against my father. Since this process began, I have seen my dad in the worst position he's ever been in, and I have also watched him rebuild himself, make amends, and get the help he needs to dig himself out of this hole he fell into.  He has opened up about his feelings by participating in therapy, talking to family, and being more upfront about his emotions and actively seeking people close to him to talk to.

I have been a travel physical therapist assistant for over five years now. I would not be able to have had this experience without my father's support. He has been there and continues to be for any ups or downs our family has even while healing his own personal struggles to become a better person. He has woken up in the middle of the night to help me with either medical or emotional support more times than I can count, throughout the past year and he continues to do so without any question or hesitation. The amount of support my father demonstrates is more than I can ever express. Without his support and selflessness, my ambitions, interests, and success would not be possible.

In addition to supporting me, my dad is the glue that holds our family and friends together. He acts as one of the main caregivers for my elderly grandparents. My grandpa has Parkinson's disease and requires a great deal of help. My dad is at his house almost daily to help my grandfather shower, change his clothes, and walk with him. He also brings him to all of his medical appointments. My dad has stayed the night at his parents' house on multiple occasions just to be there at night when my grandpa gets up to use the restroom to prevent any falls. If he does fall, my dad stops what he is doing whether it's day or night and drives straight to their house. I have personally watched him help my grandpa get settled and calm down after a fall, and assess for any injuries that may have occurred. He is the only one my grandpa allows to help him with his daily routines, a responsibility that I know my dad embraces.

A memory that I will always be thankful for and hold close to my heart was a day I was the most frightened I have ever been.  That day was the day I came out as gay. I was starting to have a panic attack about coming out to my mother and father. I knew they would accept me, but I still had the fear in the back of my mind that they might unexpectedly react negatively to what I had to say. When I told my parents, my dad looked at me, came over and gave me the biggest hug I have ever received. He then asked me, "Are you happy?" The answer was "yes" and he responded with "That is all that matters to us."

Since that day, our relationship has grown and continues to grow. I have always known how kind, open minded, and caring my dad is, but the way he reacted to my news made me feel comfortable in my own skin and helped me accept myself. He continues to show compassion and empathy by going out of his way to make anyone I introduce to them feel like they have been a part of our family for years. When he first met my Partner, the first thing he did was give him a hug. It made my partner feel welcomed and from there on they grew a relationship where my dad reaches out to him on his own without me because he genuinely cares about him.

Despite my dad's mistakes, it is impossible for me to judge my dads character or challenge his intentions because of how he puts everyone before himself - even when he himself needs an extra shoulder to lean on. I love my dad, and I know he will continue to do everything he possibly can to help grow, protect, and repair our family as we continue moving forward.

Sincerely,

Brandon DiPasquale

April 17, 2023

Greg Lammers
6588 Adare Lane
Dublin, CA 94568

Your Honor,

I am writing this letter to you to provide some additional information regarding Raymond DiPasquale, whom I have known for almost five years now. I first met Ray through his son Brandon, and during these past years I have had the opportunity to experience Ray's kindness, dependability, and warmth both firsthand and through his son.

I understand that Ray has been accused of a crime, and I am aware of the severity of these charges. My experience with Ray leads me to believe that he is a fundamentally good person who made a serious error. I know that he is taking full responsibility for his actions and has shown genuine remorse for the harm caused by his behavior. He has expressed this remorse to me personally, and I have heard about his work in therapy from Brandon.

I would like to share a story about Ray that highlights his character and dedication to his family. I was visiting the DiPasquale family during the summer of 2021, and during this visit, I was riding in a car with Ray to run some errands. He received a concerned call from his wife, informing him that someone had reported to her that they had seen Ray's elderly father alone at the doctor's office looking confused. Ray calmly hopped into action, coordinating phone calls with other family members to see what was happening. He turned the car around and headed to the doctor's office. When we did not see his father there, he continued to calm down other family members over the phone until eventually discovering that his father had unexpectedly driven himself to the doctor that day. Throughout the ordeal, I was struck by the way that Ray kept his family glued together. He remained patient and kind with his panicked relatives, even though I'm sure internally he was very worried about his father. I'm not sure what the family would have done that day without his guidance and care.

As I mentioned in the opening of this letter, I primarily know Ray through his son, Brandon, with whom he shares a genuinely loving relationship. Ray has been a rock for Brandon over the past few years as he has endured medical and emotional challenges. His love for Brandon was most apparent to me on the day we first met in person. Brandon had only recently informed his parents that he was dating another man, and I will confess that I was beyond nervous to meet them. That nervousness quickly gave way to relief as Ray embraced me with a huge hug in downtown San Francisco, welcoming me to the family. Ever since this introduction, I have felt like I'm a part of the family, whether by spending time at their home or chatting on Zoom video calls.

Ray even personally saved the day for me once when he came to visit Brandon and me in California. We were planning to go out for dinner when he noticed my car making a strange

noise. He pinpointed the issue as a flat tire, and he took it upon himself to figure out how to address the situation by finding a tire store that had my size in stock. On that same trip, I watched as he taught his son how to make the family recipe for pasta sauce, and then purchased a flower arrangement for the women who were renting the apartment to us.

I have always been struck by the warmth with which Ray treats others, and by the way that he places the well-being of others above his own. I remember watching a family member of his get in a small jet-ski accident, damaging a new ski that Ray had only recently purchased. I felt like anger would have been the appropriate action, since there were no injuries, but he simply calmed the rider down and  downplayed the damage. Ray had personally expressed his pride in the new jet ski to me earlier in the day, so I knew he couldn't have been happy with the damage. He never once complained about the situation, and I could tell that the thing that bothered him the most was how guilty his family member felt. While it may not sound like a life-changing experience, it really stood out to me as a moment that displayed the character of a man who genuinely wanted the best for others.

I hope that this letter provides some insight into the selfless and loving nature that Ray has shown in every interaction I have had with him.

Sincerely,

Greg Lammers

Ryan C DiPasquale
14425 lakeshore Rd
Kent, NY 14477

Your Honor,

I would like to share with you the type of person that is my father, Raymond DiPasquale. I am his eldest son and, with my wife Robin, have a 3-month-old baby boy. I have been working in the marine and powersports field for the last 12 years. My father has always been the rock of our family and is the reason I am the man I am today.

As I was growing up, I watched how my father worked hard to serve his community, which gave me a great sense of pride. Whether in uniform or off the clock he has always put the safety and wellbeing of everyone else before himself. One memory I have of him that reflects his selflessness is when my brother and I were younger, my parents sat us both down and told us that we were going to be having a coworker of my father and her 3 kids stay with us for a while as she had no one else to depend upon. I later found out that my father had her stay with us to help her get out of an abusive and dangerous relationship. I always knew him to be a great dad, but from that moment on, I realized he is more than that, he is also the most kindhearted soul that I have ever known. I have watched him be there for countless family members, friends, friends of mine and my brother's, as well as so many others when they have needed advice or direction. Our home has always been an open door and I only hope that I can teach my son the same values that my father taught me through example.

My father has not only shown compassion for strangers, but for his family as well. He has been there for me during my most difficult times. Early on in my career I struggled with my self-worth as a technician due to the work environment I was in. There were many difficult days where my father helped to lift my spirits and try to find ways of coping with my struggles. He encouraged me to look for a work environment I could thrive in, but I continuously struggled with fears of failing and inadequacy, making me feel as though I could not leave my job at the time. My father encouraged me to make the change, and if it was not for his encouragement, I would never have found the company that I work for now that has changed my life and has made me realize that I am good at what I do. Because of his support, I have a job doing what I am passionate about.

I will never forget the day my father was served the warrant. When I arrived at my parent's house that morning, I saw a man that was broken and distraught. The only thing my father was worried about during those early, dark days was his family and what this would do to them. Over the past year, I have witnessed my dad open up and finally allow his family to help him the way he has helped all of us. We work to remind him of his self-worth, and that while he has made mistakes, he is owning up to them the way he taught my me and brother to do when we were younger.

I have been watching my father tackle his depression, anxiety and stress head on through the help of his group and individual counseling, and his family, both biological and found. Though my father has made mistakes in his life, I truly can only hope to pass on to my son the values, overflowing love and selflessness that I continue to learn from my father to this day. Through the challenges of this ordeal the dedication my father has shown to healing both himself and his family continues to make me proud to call him my father.

Sincerely,

Ryan C DiPasquale

To Whom it may concern,

I am writing to let you know about my brother Raymond DiPasquale.

Ray has been a wonderful brother, uncle, son and father. I have always looked up to my brother growing up. He is part of the reason I started a career in Law enforcement. My brother had a stellar career with the Livingston County Sheriffs office and Greece police department.

I am writing you to tell you about the man my brother is. He is always there for anyone who needs anything especially for his family. Our father who is also a retired police office officer  (Chief of Police) health has detreated rapidly for the last couple of years. I moved my family into our parents house to take care of my father so he had 24 hour care and coverage. My brother and I came up with a plan for the time that I am not there to cover so my dad had care. I work a full time Monday – Friday day job. My brother covers those days while I am at work. He baths and cleans our father, He helps with the chores that need to be completed.  He is instrumental in making our fathers last years of life comfortable and at home. I do not know what I would do if he was unable to do the things he does now.

Also my brother is a second father figure to my own children. My brother has in the past taken my son in my absence for infusion treatments every 4 weeks, my son has crohn's Disease and needs those infusion treatments.  My son and daughter adore there uncle Ray.

I know my brother has made mistakes. He has owned up to his mistakes and has taken responsible for his mistake. I truly hope you can understand the impact of my brother has on our whole family and him not begin in our fathers last years of life that it would cause disarray to all of us. . I understand the legal system and understand sentencing but I am asking for forgiveness and leniency. I thank you for taking the time to read this letter

Sincerely,

David M. DiPasquale
3 Pine Circle
Mt. Morris, NY 14510
(585) 315-6998

5 Case Street
Mount Morris, NY 14510

April 14, 2023

Dear Your Honor:

I would first like to take this opportunity to thank you for taking the time to read this letter. I am writing to you on behalf of my brother Raymond DiPasquale, who will appear in front of you in mid-April as he is facing significant legal charges. My name is Nicole Davis. I am the wife of a full-time soldier in the United States Army National Guard, mother to three children, and daughter of two very committed and loving parents. At this time, I direct an outpatient treatment program for those struggling with substance use disorders. I have worked in human services for over twenty-five years and have dedicated myself to helping people, many of whom have turned their lives upside down and just want to better themselves.

I would like to share with you some things about my brother Ray. Ray has always been a humble human being, and has always focused on service. His service was not only oriented towards family and friends, but to co-workers, community and even to those he doesn't know well. He is kind and compassionate and has always put the needs of others before his own. My brother is about eight years older than me. Growing up and even now, he has been a caretaker. In December of last year, my husband and I lost our oldest son who had been battling the disease of Type 1 Diabetes since he was 8 years old. A police officer showed up at our residence the night of December 5, 2022 and told us our 20-year-old son was found dead in his apartment. It has been heart wrenching. My brother Ray was the first person that my husband and I called and he, per usual, has been our rock, holding us up every step of the way to this day, despite the turmoil in his own life. Our father is turning 80 years old this year. He too dedicated himself to serving the public for over sixty years. At this time, our dad is battling late stage Parkinson's Disease. Again, this has been difficult as he, like my brother, is the definition of humility, kindness, and love. My younger brother and his family currently live with my elderly parents. They are planning to move out of the home soon. Parkinson's Disease has impaired not only our father's physical and emotional health, but his overall quality of life. He is unable to walk and talk most days and requires assistance at every level. Ray is currently retired and has been the primary caretaker of my dad. He is at the home of our parents daily; assisting our dad with showering and meals. Ray also gets my parents too and from medical and other appointments. I am not sure what our family would do without the dedication and help from Ray. He is able to motivate and encourage our father and mother with care and dignity.

I want to express that I do not take the severity of Raymond's legal charges lightly. My brother's judgment was flawed and I understand that consequences are part of this process. I do believe however that my brother is innately good. Raymond has struggled with trauma and loss which lead to some unhealthy coping mechanisms. He has taken full accountability for his actions and he has been steadily and fiercely working on getting himself healthy, engaging in both individual and group counseling of his own accord. He is wholeheartedly remorseful and is making amends. He has the full support of his loving wife, amazing children, extended family,

and friends.  I would like to reiterate that regardless of what happens during this journey, Ray will have my continued support and unconditional love as he is so very deserving of both.    Again, I realize the significance of Ray's choices but also believe that people sometimes make poor choices but should not be defined by them.

I beg of you to take into consideration Raymond's lifelong record of selflessness, support, and service during this process.  He is a remarkable human being.

Thank you again for your time and attention and for the service work you provide as well.

Regards,

Nicole M. Davis

Charles and Mary DiPasquale
3 Pine Circle
Mt. Morris, NY 14510

June 15, 2023

Re: Raymond C. DiPasquale

Dear Judge:

Our names are Charles and Mary DiPasquale. Our son is Raymond DiPasquale, who has been in front of you for some legal charges that he incurred related to images on his computer. Raymond has made us fully aware of his charges and what has been happening with his case. We wanted to take this time to tell you more about our son Ray.

Ray is our oldest son. We also have two other sons, a daughter, in laws, and numerous grandchildren and great grandchildren. We have a pretty wonderful family. Growing up, Ray was always good. He was good at being kind, good at following rules, good at being a friend. He was good in school where he participated in multiple activities and excelled in sports, especially swimming and running. He never got into any trouble. After graduating high school, Ray went to college in Massachusetts then ultimately followed in his father's footsteps and became a police officer. He has spent years and dedicated himself to public service and helping others. He has been like this his whole life. He is the person we all know that we can count on if we are in need. He has helped both of us, as well as his siblings and their families more times that we can count. Right now, Rays dad is suffering from Stage 4 Parkinson's Disease. Charles can't walk alone or carry out most activities of daily living. Mary also has multiple health concerns. We are both comfortable still at home mostly due to Ray being here daily to help us, as he is now retired. He comes to our home every day to care for us and also takes us to our appointments. We really don't know what we would be doing without him. He is patient, supportive, and and has dropped everything to help us in order for us to continue to live in the home we worked so hard for all of our lives.

Judge, Raymond is not only a great son, he is a great man. We are so proud of him. We do realize the significance of his charges. He is remorseful. We truly believe this. He has been in counseling which has been helping him to work through his feelings that impacted his poor choices and behavior. He is taking responsibility and is holding himself accountable. We know that he will work hard to be better. We as of you to take our words into consideration when considering a sentence for our son. He will continue to spend his lifetime doing good, making up for his poor choices. Again, he is a good man who deserves a second chance.

Thank you wholeheartedly for reading our letter and for your time.

Sincerely,

*Charles and Mary DiPasquale*

Charles and Mary DiPasquale

Jamie Wright
9310 N. Rock River Drive
Edgerton, Wisconsin 53534

Dear Sir or Madam,

I am writing to you today on behalf of Raymond DiPasquale. My husband and I have known "Ray" for 9 years - he is the father of one of our closest friends. While we are not as close to Ray as some of the other authors you will receive character letters from, we have spent time with Raymond and his wife regularly over the years, and his son and daughter-in-law are like family to us. Not long after they found out what was happening with Mr. DiPasquale, they informed us of the situation and kept us updated as time went on, and I am fully aware of the charges he is facing.

From our address, you can see that we live a long way from New York, but we visit the younger DiPasquales at least once a year (and often much more than that). During most of those visits, we often see Ray and his wife, Kim, at least once each time – sometimes even staying overnight in their home. Mr. DiPasquale is one of my favorite "dads" on the planet – he's funny, friendly, and helpful, and he has always invited us to treat his home like our own (he's even arrived home to find our dog, unannounced and alone in his otherwise empty house, and taken it in stride). He is one of those people that will drop everything in order to come lend a hand (or a vehicle, or anything else), whether it is a true emergency or just the latest crazy idea one of us have come up with (like carrying a jet ski down a flight of stairs).

But what really strikes me about Ray is the way he takes care of his family. One example that stands out in my mind is from one of his sons' personal watercraft races. His son was in a pretty horrible-looking collision – all we saw from where we sat was his all-black jet ski rocketing skyward, with nothing but air underneath. Mr. DiPasquale ran faster than I would have thought possible down the beach, through a crowd, clear out into a lake, to make sure his son was okay. He got to his son even before the jet ski that is out there specifically for that purpose. It was as though all the running, swimming, weight lifting, and other training he had done up until then had been in preparation for a moment like that, when his family really needed him. His family is what gives him his strength, and in turn, he is the backbone of his family.

This and plenty of other, more trivial occurrences have led me to believe that Raymond DiPasquale is a pretty great role model for his sons, as well as his son's friends, as they venture into parenthood. I hope my husband incorporates at least some of what he has learned from Ray into his own journey into fatherhood. Despite the outcome, I will continue to support him and his family.

Thank you for taking the time to read my small snapshot into Raymond DiPasquale's character. I hope it gives him just a little bit more dimension in your mind's eye.

Sincerely,

Jamie Wright

Jamie Wright

February 23,2023

Janet L Evans
6 Haverhill Dr
Churchville, NY 14428

Dear Your Honor,

I appreciate the opportunity to tell you about my dear friend, Raymond Dipasquale. I consider it to be an honor and a privilege to do so. I am a mother of 2 grown boys, both of which are serving in the military. I've been a part of the Childcare Profession for over 35 years and I consider it to be a crucial and meaningful career. I believe these things hold merit, as I speak on Ray's behalf.

I met Ray about 20 years ago at a holiday gathering. His wife Kim and I became the best of friends. In turn, I got to know Ray very well. I soon realized that he was kind, generous and one of the most compassionate people I have ever met.

I am thoroughly aware of Ray's situation. I've also seen the pain and sorrow in his eyes on our many visits. He speaks of his worry and concern about how these circumstances have and will affect his loved ones, especially his family. He's spoken about the steps he's taken to face and deal with the possible reasons that brought him to this juncture. Such as seeing counselors and doctors. He's also been attending church, which seems to be helping him feel grounded. I can only imagine, it's difficult, yet he continues with the process. He has expressed to me, his sorrow and wants, so much, to make things right.

Ray is a giver. He's happiest when he's helping someone. Whether it be for manual jobs, someone to confide in, or even something so simple as leading a tool, Ray never hesitates. During one summer alone, he cut up a 2 story pine tree that blew over in my back yard, fixed my leaky roof and patched a hole in my car tire. He's taking such good care of his aging parents. Ray's father is quite sick and depends on Ray for company, house cores, hygiene and more. I've heard him say, "I wouldn't want it any other way".

The way so many people have rallied around Ray is a testament to his character. So many family members and friends are supporting him during this trying time, as he has supported us during ours. He and Kim supported me during one of the most difficult times in my life, my divorce. It was painful and scary. I worried about my 2 teenage boys. How would they cope? How would they heal? Ray was a huge part of our healing process. He gave us a safe place to vent, sort things out and sometimes, just forget for a moment. He is a great listener and makes us laugh with his silly sense of humor. As we watched him interact with his wife and children, as our families spent a great deal of time together, I was reassured that my boys would have a wonderful example of what a good healthy relationship looks like, between a husband and wife and father and sons. Ray is like a second father to my boys. They've always looked forward to time spent with him, because he gives them unconditional love and support. I watch them light up when he tells a joke, and I see them relax and feel comfortable when they are together.

I trust and love Ray with my whole heart. I'll do whatever I can to help him navigate this winding road of life.

Again, thank you for this opportunity to speak on Raymond's behalf.

Sincerely,

Janet L Evans

Janet L Evans



*The Commonwealth of Massachusetts*

**MASSASOIT COMMUNITY COLLEGE**
ONE MASSASOIT BOULEVARD
BROCKTON, MASSACHUSETTS 02302-3996
(508) 588-9100

OFFICE OF THE PRESIDENT

March 7, 2023

To Whom is May Concern:

Thank you for the opportunity to provide a reference for my nephew Raymond DiPasquale. I am the President of Massasoit Community College in Brockton, Massachusetts. I have served in Higher Education for over 40 years and worked with students in many different capacities over my tenure of experience. I have know Raymond since his birth and he actually attended college and stayed with me and my family when I was a VP in Springfield, Ma. I hope that my insight of knowing Raymond will provide some helpful information.

Raymond has acknowledged the charges against him and is taking important steps in counseling to move forward. He takes full responsibility. I have always been so proud of him, great work ethic, caring and always lending a helping hand to anyone in need. As a police officer, he had an outstanding reputation as honest and very hard working. Yes, I was totally taken by surprise when he told me about the charges against him. I have worked in Higher Education for over 40 years and have worked with thousands of students and I can honestly say Raymond is one of the nicest, caring, and responsible young men I have ever known. I know he is extremely remorseful for his actions and he will do everything in his power to remedy his mistakes.

As his uncle, I am totally supportive of Raymond and truly believe he is and will continue to seek the help he needs to never repeat his actions.

Raymond is a dad and his two sons are amazing and successful, he is a husband and totally committed to his wife and family. He is a son and is currently taking care of his dad who has advanced Parkinson's' disease. He is the oldest brother of three sibling's and helps all of them and their families in every way possible. He is my nephew who I have watched grow up into a wonderful and good person. I watched him come back from a devastating accident to run in an iron man competition. His strength and will power are amazing. I am proud to call him my nephew.

Thank you for allowing me to share my thoughts about Raymond. I will continue to love and support him through all his trials and tribulations in life.

Sincerely,

Ray DiPasquale
44 Stoney Run Lane
Marion, MA 02738

Brian M. Davis
5 Case Street
Mt. Morris, NY 14510

April 3, 2023

Your Honor:

My name is Brian M. Davis. I am 44 years old, married (16 years) and have three children (24, 20 and 15) and live in Mount Morris, NY since 2007. I joined the military after graduating high school in LeRoy, NY. I have been serving in the U.S. Army and NY Army National Guard for 20 years. Currently, I hold the position of Recruiting Section Chief at the rank of Master Sergeant (MSG/E-8) within the Recruiting and Retention Battalion.

Raymond (Ray) C. DiPasquale is my brother-in-law, and I met Ray in 2006 when I began dating his sister, Nicole. I have maintained a close relationship with Ray over the years, as we have shared some of the same passions, such as running, family gatherings, home renovations and recently, the care of his elderly father with severe Parkinson's.

I acknowledge and understand that Ray has been charged with a serious crime and is being processed through the federal court system. Ray completely regrets his actions and decisions that led to his arrest. He has spent many days at our house; expressing disappointment in himself for not seeking professional help prior to engaging on the internet. Since, his arrest and the onset of the investigation, Ray has sought out and consistently attends individual and group therapy which helps him a great deal, by allowing him to channel his emotions and thoughts in a professional and healthy environment. There isn't a minute that goes by where Ray doesn't wish, he had sought the behavioral health treatment prior to making such a reckless decision. I see Ray several times a week and he never passes me, without apologizing for his decisions.

A few short months ago, on December 5, 2022, my wife and I were informed by local law enforcement that our oldest son (Jordan) was discovered deceased in his Warsaw, NY apartment due to Type 1 diabetic complications. Ray was the first sibling (on either side of our family) to be at our house and by our side as we tried to navigate this tragedy. Ray escorted my wife and I over to our son's apartment and ushered me inside to see my son and confirm his identity prior to the funeral director arriving. As I collapsed beside his body on the floor, in disbelief; Ray held me in his arms. After escorting us back home, Ray consoled both of us day and night, by being present in our home. Helping with food, drinks, funeral arrangements and at times, just a shoulder to cry on. Ray set aside his entire life, all his stress, embarrassment, anxiety, etc.… so he could comfort us in our time of need. His presence then and his daily communication since, has allowed and continues to allow my wife and I to begin healing from the loss of our son.

Despite the bad decision Ray has made, his acts of kindness, selflessness and attributes of integrity and compassion are not out of the ordinary for Ray. He has always gone out of his way to make me feel like his own brother and my kids like his own children. I have the utmost respect, love and trust for Ray, and can't imagine where my life or my family's life would be without his influence and participation.

Thank you for allowing me to expose a quick snapshot of the extraordinary man, Raymond DiPasquale. I consider him my brother and no matter the outcome of this matter, I will support him and his family in every facet of life.

Sincerely,

Brian M. Davis

Kevin & Diane McKeon
5310 Russell Road
Marion, New York 14505

February 26, 2023

To whom it may concern,

I have lived in NYS my entire life, growing up on a fruit farm in Wayne County. I was a police officer in Wayne County for 27 years, now retired.

I have known Ray for about 15 years.  Ray and my husband Kevin worked together at Greece Police Dept. and remained very good friends into retirement, meeting for breakfast usually weekly.

Ray and Kim raised two amazing sons both grown and gone on to start their lives. They have 1 grandchild on the way and are very excited about becoming grandparents.

Ray knows how he hurt both friends and family with his actions.  He made time to sit down and let them ask questions and comment on the charges.  He is saddened by the ones he hurt and those he lost. Ray is a good man who you can depend on to be there if you need him no matter the time of day or night and I believe he is very remorseful for the crime he is being charged with.

 Upon the passing of my husband, Ray and others from the Police Department supported me and my family.  Ray was one of the friends who called me weekly to see if I was ok or needed anything.  He and others came out to my home and helped me with things around my home that I was unable to do.  Ray put us first before his own problems, that is the kind of person he is.

Sincerely,

Diane McKeon

3/8/2023

Jeffrey Munson

419 Harvest Dr.

Rochester NY 14626

TO: Your honor

Thank you for allowing me to express my thoughts about my good friend Ray Dipasquale.   I'm married, a father and a retired poice officer.  I've known Ray for about 25 years. We worked together and have remained good friends since we both retired.  We've actually become better friends since our retirements.  I feel I'm very qualified to speak of Ray's character.

About a year ago, Ray called me to let me know about a situation he was involved in.  He told me he wanted to personally  let me know about it before I heard about it from another source.  He didn't go into great detail, but he told me enough so I knew the nature of the investigation.  Since Ray initially told me about this, he's never deflected blame or made excuses for his actions.  He's very remorseful and he's been taking actions to address what led him to this situation.

I'd like to relate two experiences that I've had with Ray that speak to his character and his true concern for others.  While I was working in 2015, I was involved in a critical incident.  It was an officer-involved shooting.  It was my partner who shot the subject, but I was there at the time and there were other circumstances surrounding the incident which made it very traumatic.  Ray responded to the scene and was very concerned about the well-being of myself and the other officer.  For the next several days, Ray checked in with me on a regular basis and made it very clear that he would be available, night or day, for anything that I might need.  It was very apparent that he truly cared and wanted to help.   Ray's care and concern brought me great comfort.  To this day, I still express my gratitude to him for helping me through it.

Ray also showed his true character by helping our very dear friend, another retired police officer, who had cancer.  Our friend, Kevin,  suffered from brain cancer for about two years.  He passed away in December of 2022.  At least once a week during those two years, Ray drove from his home in Conesus to Kevin's home in Marion.  I did too.  Ray picked him up so we could meet for breakfast or we went to Kevin's house to do chores.  Ray was very supportive of Kevin's wife and family.  Often times we were there for several hours helping.  Ray wanted to do all he could to support and be there for the family.

I know Ray made a mistake. He also knows he made a mistake.  But I also know Ray is a man of integrity, honesty and selflessness.  He's addressed the situation head-on and I know he's taken steps to make himself a better person.

Thank you for taking the time to read this.  I hope this letter gives you a better insight into a person whom I admire and consider a life-long friend.

1

SINCERELY,

*[signature: Jeffrey Munson]*



2/25/23
James Mummey
5 Ossian St
Dansville, NY 14437

Dear Sir or Madam,

My name is JP Mummey. I'm a gym owner and personal trainer with almost 20 years of experience helping people achieve fitness goals. That's how I met Ray, several years ago. He and his wife were members at my Crossfit gym. I get to know most of my clients very well, but socialize with only a few outside of the gym. Ray and his family are among those few. He hosted gatherings of friends and athletes at his lake house often. I've brought my son there multiple times and we have had nothing but wholesome experiences. Most of my interaction with Ray has been around training for endurance events. He has completed 4 Ironman races which is an impressive level of commitment and capacity. More impressive to me was his commitment to supporting other athletes. He has provided more resources and personal time to the local endurance community than any other person I've met. Ray visibly and actively cares about people. When I went through a rough patch in my personal life, Ray stepped in and took over my morning classes at the gym. I didn't ask him and he didn't get paid for this. He just wanted to help me out.

So when I heard what he was being charged with, I was shocked. As a parent, I was scared. As a friend I was concerned. I took some time to reflect on the variables I knew...

His time as a police officer seems relevant to me... As a former Marine, with multiple combat deployments, I can empathize with the stress of being in frequent traumatic situations, as well as the difficulty of coping and asking for help. Exercise has been and still is my primary coping strategy. Without it, I struggle. Well, I watched Ray go from a competitive athlete, striving for his 5th Ironman, to double career ending knee injuries. He got the literal legs knocked out from his main interest, a core part of his identity, and his main outlet for stress management. He couldn't walk without pain. Not long after... he spiraled down and chose an illegal and reprehensible replacement.

Ray has told me that he feels deep shame and embarrassment about what he did. How far he let himself go without admitting it or asking for help. He has done both of those now. He has taken steps to get the help he needs. He's participating in a recovery program and working to establish a knee friendly exercise program. He understands now how important it is to have multiple forms of stress management and he's working on building them. This has hit him hard, and his remorse is clear to me. I'm happy to support his efforts to rebuild trust and maintain a value driven life.

Sincerely,

James Mummey

February 25, 2023


Steve and Kelly Mountain
122 Oak Street
Batavia, New York 14020


To Whom it May Concern:

We are pleased to provide our witness to the character of Raymond "Ray" DiPasquale. We have both known Ray for over 30 years. Ray is an exceedingly kind and giving person. He has always gone out of his way to help others before helping himself. Whether it is helping with family dinners, everyone's house projects or just providing advice and insight for us.

Ray's wife (Kelly's sister), came to our house to let us know about the charges he was facing, while he was at his family's house doing the same. He contacted us afterwards stating how sorry he was and that he loved us and wanted to make sure that not only us, but also our grown children knew we could ask him anything about it and he would talk about it. A few days later, he also put in a group family text, "I'm sorry...I wish that you didn't have to deal with this at work or the kids with school. I love you all...thank you all for your support and comfort."

During our father's long battle with Parkinson's Disease, Ray would make the 40 minute drive to Batavia to get dad upstairs to bed or downstairs in the morning if one of us wasn't able to do it, never hesitating to help. Ray also made numerous trips in to help get him to the doctor or help if he was just having a bad day and mom needed someone there to help. He is now providing assistance on a daily basis to his own father who is also suffering from Parkinson's Disease, helping with showering, dressing, feeding, etc. And not once does anyone hear him complain. This is just a single example of Ray's character. Every example of Ray's character is always in this same context, always willing and able to help those in need.

Ray is both honorable and dedicated. All the years we have known Ray through his time in law enforcement, he always went above and beyond for the public he protected. Although Ray has never boasted about himself, our conversations over the years with his co-workers and superiors always reaffirmed his dedication to those he served. His lifelong law enforcement service to the public was more than just a job for him and his colleagues were treated like his family.

We can't emphasize enough that Ray's character is of the utmost highest. He has always been true to himself, his family, his work, his friends/colleagues, those he served, and his religion. We will continue to support Ray in any way possible.

Sincerely,

Steven J. Mountain          Kelly M. Mountain

March 1, 2023

Rosalie Guarino
5427 West Lake Road
Conesus New York 14535

Dear Sir or Madam,

Ray is a distant cousin to my husband, we live several doors down from him on West Lake Rd. I have known him most of his life, he was in my wedding 53 years ago.

He is well know in the community and always respected by everyone. Thru the years, people have always seeked him out for advice or help with problems. He is known to be kind and compassionate and honest. Always someone to count on.

When we were watching the news and seen him being arrested, we were in DISBELIEF. I only knew it had to be a mistake.

The very next day, Ray called my husband and asked to come over. He told my husband It was him, he was very sorry, my husband said he still doesn't believe it, Ray said again, he did it, its wrong and said he had not been feeling himself for a time now and was getting help. Sounded like he had been depressed. He did tell us he was getting counseling, and was starting to feel better.

I thought, with all the trouble he had right now, he felt the need to come to our house and apologize. He was very remorseful. So sad this happened. He felt he let everyone down.

A few years ago, when my husband was recovering from surgery, Ray came every morning to our house and cleared the snow in the driveway, ask us what we needed. Made sure we could get out if we needed to.
We never asked for help, but he was there everyday. And thank God he was.

Today, we know he is the main source of help to his parents, I wonder if watching them with so many serious health problems, may have caused some depression, they are a close family. I know its been hard. Ray is always there for them.

Im very happy Ray is in counseling, this problem is NOT who he is. We will always respect him and love him, and trust him, because we know who he is. I hope you will be able to see that in him also.

Sincerely,

**Timothy Seitz**
453 Ridge Rd
Webster, NY 14580
(585) 424-0559
seitztj@gmail.com

March 1 2023

Your Honor,

My name is Tim Seitz, I am 58 years of age, I have 2 grown daughters and 2 grandchildren. I am a retired Police Officer with the Town of Greece Police Department. I am writing to you as to the character of Ray DiPasquale. I am aware of the legal actions filed against Ray and although I don't condone any crime against a child I do feel that there is a side to Ray that needs to be brought forth.

I have known Ray for 30 plus years on both a professional level and personal level. Ray and I worked together for over 30 years, we were patrol officers together, I was his supervisor for about 5 years and from 2013 till 2019 we worked side by side in an office together. Needless to say Ray became one of my best friends, that is why this is so hard for me to believe or understand. Ray and his family have been a part of my family for many years. Ray and I have been through so much together, whether it was good or bad. Ray has always been my go to person when I needed  someone to talk with or just listen.  Divorce, deaths in the family, Ray has always been there for me.  I have witnessed Ray help his family, his wife's family and just recently helping with a friend of ours, and his family,  who had terminal brain cancer.

I'm not aware of when all this started or the specific details, but the Ray DiPasquale, that I know, has one of the biggest hearts and would do pretty much anything to help people, without ever complaining.  I know Ray has been getting treatment for whatever he is going through and I truly believe he is remorseful and will continue to do what he needs to overcome this.  Thank you for your time and the opportunity for me to say my piece.

Sincerely,

Tim Seitz



February 27, 2023

To Whom it May Concern:

It is my pleasure to take this opportunity to attest to Ray Dipasquale's character. I have served as a Minister of Word and Sacrament in the Presbyterian Church (USA) for 20 years, 14 of those associated with a small nonprofit my husband and I started called Lagom Landing.

I have known Ray's wife Kim since 2011, and Ray just about that same amount of time. I got to know the two of them through a triathlon training group in our area. For over 20 years, they've given area swimmers an opportunity to "open water train" off their dock. This group has become tight over the years of exercising and experiencing life together. We have supported one another through deaths, illnesses, injuries, and other types of losses.

Ray has consistently been a central figure in the care of this group. He is always willing to jump to the rescue in very real ways. One time a swimmer had not paid good attention to the weather and a lightening storm moved in. She was a good 20 minute swim away from the Dipasquales' dock. Ray jumped in his speedboat, grabbed her out of the water, and got everyone back safely to shore. This has probably happened multiple times, but it was powerful to watch.

My personal memory of Ray rescuing was when I had a flat tire on my car on an icy winter day. I called him up and he and his son Brandon came and got me, gave me the donut tire from his car and took my bad tire off, and got me back on the road in no time. They dropped everything to help me out. I also have countless memories of races I've done with Ray's wife Kim where Ray supported us by checking in with us throughout the race with water and food, carrying gear we want to shed, and uttering just the right word of encouragement as we experienced fatigue. He's a guy that really knows how to help.

More recently, Ray has been involved in helping my husband and I in renovating the housing for our nonprofit as we transition in our mission from serving young adults to serving adults of all ages. He comes and gives his all with no complaints of tiredness.

I believe Ray is now in the process of learning the darker side of always being a helper, and that before helping others, he needs to help himself. He has expressed true remorse at the choices he made as he transitioned into retirement, and the lure of internet porn sucked him in. He has been attending both group and individual counseling, and he is very open to talking

about all that he is working through. He is more able to look at the pain of life and in himself, and find healthier ways of working with his pain.

I have great hope that Ray will grow into an even brighter "Ray of Sunshine" than he's already been through the process of more clearly seeing what led to his unlawful behavior. His growth is already apparent and he is showing courage and honesty in his work.

Thank you for giving me this opportunity to express my great appreciation for Ray Dipasquale's gifts and character.

Sincerely,

Rev. Laurel Nelson

Robin DiPasquale
14425 Lakeshore Rd
Kent, NY 14477

Dear Judge,

I am writing to you today to speak of Raymond DiPasquale's character as I know him to be. I am married to Ray's eldest son Ryan, we are expecting our first child, a boy, and I currently work as an adjunct professor at St John Fisher College. I have known Ray intimately for the past 15 years and have considered him to be my family well before my husband and I married in 2021. We have a relationship that is much closer than a typical in-law relationship because Ray supports and loves me as though I am his own daughter.

My husband and I began dating in 2008 when I was still a senior in high school, and was still very much a kid in need of growing up. Ray was there for me in 2010 when I found out that my father had an affair and that my parents were getting divorced, something difficult for any child to learn regardless of age. Ray was there to offer consolation and an ear for me to vent my conflicted emotions about my father. He stepped in and served the role of a father for me for many years when I had no relationship with my own father, and has always been someone I could turn to for advice, support and guidance. In 2011, I lived with Ray and his wife Kim in their home for a semester while I attended college nearby as I didn't want to live at home with my parent's situation. We had a daily routine, Ray would get home from work and I would get home from classes around the same time. I would work on homework while he took time to relax and we would talk about how our day went. A couple hours later, we would cook dinner together before Kim came home from work, and we would sit and have dinner as a family, the three of us. I am not the first person that Ray and Kim have opened their home to as a place of refuge, friendship, or support during tough times. Ray has always been the type to bring home the "strays" so to speak, and provide us with a safe haven where we feel as though we are part of the family.

I can still vividly recall the day that I received the phone call from Ryan telling me about what Ray was being investigated for and charged with. The first time Ray and I spoke after everything transpired, he was most concerned about apologizing to me for the distress he had caused me rather than me asking how he was handling the situation. Even through these challenging times, Ray has still been as selfless as he always has and is always seeking to know how we, his family, are doing and how we are coping with everything. For himself, Ray has established a new system to manage the day to day; he attends group counseling sessions, and individual therapy. He applies what he learns in these settings to handle not only the stress of the case, but also stress from his everyday life, such as caring for his elderly parents, and continues to be the heart and soul of his immediate family, knowing that there are some days that he needs to rely on his wife, siblings and children for support when he feels he is struggling.

My husband is not only my partner, but my best friend, and the first person I turn to when I need

someone to listen or provide guidance, qualities he learned from his father. I hope that our son and any future children we may have will inherit the same selflessness, generosity and kind heart that Ray and my husband have. Thank you for letting me share a little bit about the Ray DiPasquale that I know and love with you.

Robin DiPasquale

**Rock Castor, Contractor**



7966 Reeds Corners Rd.
Dansville, NY 14437

585-727-9585 Work Phone

February 25, 2023

To Whom it May Concern,

Thank you for this opportunity to speak to Ray Dipasquale's character. I am a life-long residential contractor, and have known Ray and his wife Kim since 2014. They have been very generous in sharing their home on Conesus Lake with the greater community and my wife and I have been on the receiving end of Ray's generous spirit.

In 2018 our carpentry-based gap year program (Lagom Landing) constructed a porch on Ray's home. This particular class had some students on the autism spectrum. One student, Olie, was particularly "prickly" and could be quite challenging when working for the public.

Ray welcomed our class with an open, accepting spirit. He was alongside us in a natural way, making sure we had a cooler full of gatorade and water and all of our practical needs met. He had a very down to earth way of engaging our students with gentle questions. He went out of his way to befriend Olie who truly responded to the way Ray created space for him. On our work days, Olie always looked forward to seeing "his friend Ray". I believe our 6-7 weeks on Kim and Ray's project were Olie's happiest times over the course of his year with us. Ray was very central to that happiness.

Recently, Ray and I have been spending more consistent time together driving Sunday mornings to church. He has shared with me some of the complexities that have occurred in his life as he struggled with the transition into retirement. He has been pretty honest about the rabbit hole of internet porn that hooked him in ways that he was unprepared to deal with.

Over the course of our Sunday mornings together, Ray has acknowledged deep remorse and confusion surrounding his choices. He has proactively sought both individual counseling and group therapy. I see someone working hard to not only learn about himself, but to grow in new and real ways.

Ray has expressed interest in joining our church family. I have witnessed an earnestness in his desire to rebuild his life and make some amends for the damage some of his behavior has brought into his own life and the lives of people he loves. My time with him has been rather inspirational.

I believe Ray is in the midst of some deep healing. I know he has learned some painful lessons. As one who attempts to follow the way of Jesus in my own life, I have witnessed the power of resurrection energy—the mysterious way in which some of the "worst" things you can imagine can be miraculously turned into opportunities for growth and healing. It has been a privilege to see this dynamic in a person like Ray who I am honored to consider a friend.

Sincerely,

Rock Castor

Rock Castor

Ginny Leanen

15 Munson St.

LeRoy, NY 14482

Dear Sir or Madam,

It is my pleasure to share my thoughts about Raymond DiPasquale. I have always considered him a dear friend, and as the husband to my sister, Kim, I am fortunate to call him my brother-in-law.

He has been a family member for more than 35 years. I have always admired his dedication  and willingness to help his family, and his community.  As a husband, dad, uncle, son and brother, he has given tirelessly to support and help everyone around him.

Ray came to me and explained the charges against him.  I could hear and see how deeply remorseful he was.  He was devastated that he had let everyone down. He and his family need and deserve my support. Ray always was there to support me and my family through tough times, without judgment.

As a career police officer, Ray knew it was a position with risk, but he accepted this commitment to serve and protect with unwavering dedication.

Thank you for allowing me to tell about Raymond DiPasquale as I know him.

Sincerely.

Ginny Leanen

**Internal Brotherhood of Electrical Workers**

Robert Goins

10012 Mcninch Rd
Dansville, NY 14437
(585) 261-4952
Rjgoins53@gmail.com

March 8th 2023

To Whom it may concern,

At 5am on a chilly morning in April, I pushed open the door to a local gym in Dansville NY. A stout man with a quick smile greets me and introduces himself as Ray. That morning people trickled in as Ray took charge of a short class and workout with the participants. Before leaving he made sure to invite me to their annual polar plunge. I accepted the invitation and was almost taken aback by how welcome I was made to feel visiting the Dipasquale residence. Little did I know, the kind nature of Ray and his wife Kim, was commonplace in their household.

I found myself driving back to their home on countless occasions that summer with a new group of friends to train and spend time with. Kim and Ray are cornerstones of our small triathlete community. Their house is home for many people who may not share their last name but nonetheless consider them something akin to family.

Whether it's simply eating his pasta sauce and meatballs, getting picked up when you have a flat or being angrily dragged into a boat during a storm on Conesus after a poorly timed swim, everyone has a story of Ray's caribe and support. Ray can't be taken in Public without some person approaching with a smile or a hug. Clearly a result of the positive impact he has had on these people.



**Internal Brotherhood of Electrical Workers**

Ray DiPasquale has proven to be a supportive father to his sons, steady rock to his wife, and selfless friend. I am proud to call him a close friend and respect his relentless drive and generous spirit.

Sincerely,

Robert Goins

March 4, 2023

Thomas, Lynette & Parker Cole
5385 W. Lake Rd.
Conesus, NY  14435

Re:     Raymond DiPasquale

To:     Your Honor

Our family would like to take this opportunity to talk about our relationship with our long-time neighbor and friend Raymond DiPasquale.  My husband and I are married for almost 30 years, have lived on Conesus Lake almost 31 years, and have a son Parker who recently turned 21 and resides with us.  Tom is a Machinist at Kodak; I am a Registered Financial Planning Executive Assistant with R.P. Damico & Assoc., and my son works at Optimation and recently started the NYS Electrical Apprenticeship program.

We have known Ray and his family for 20 years since they moved to Conesus Lake.  Ray has talked to us of his charges on a couple occasions and has expressed his embarrassment, remorse, disappointment in himself, and what the effects of depression can do to a person, and ultimately what his actions have done to his family, friends, and to himself.  Ray did not make excuses, he is taking responsibility, and has sought counseling.  His wife Kim, their children, and family support him in his journey of acceptance and self-healing.

Ray and his family have always been the friends and neighbors that would give the shirt off their back.  Ray has been supportive for our son Parker on several occasions when he has found himself in his own youthful mistakes and we are forever grateful, or my son may not be here today.  Ray always could provide the voice of reason, and a different parental approach that sometimes we as parents just cannot provide.  Ray will always make himself available to assist with projects on everyone's properties and vice versa.  We are a close-knit community of lakers, and it is rare to have people like Ray in your life.

Ray's personality is one of generosity, compassion, acceptance, non-judgmental, reasoning, calm, trust, and genuine to name a few.  We are fortunate to have him in our lives and we believe he has been tremendously instrumental in not only our lives but the life of my son who on several setbacks growing up, considered taking his life because growing up is hard and he just took longer to find his path.

Having known Ray for 20 years, we speak from our hearts that we sincerely love him and fully realize he made a mistake but he is doing everything in his power to move to his self-betterment, learn that he has so many people who care about him, and not be ashamed to reach out to any one of us for his own trials and tribulations.

Thank you for your time in sharing our relationship with Ray and our support of him through this process.

Sincerely,

Thomas J. Cole                                    Lynette S. Cole

Parker J. Cole

5031 Batavia Bethany Townline Rd.
East Bethany, NY 14054


2/27/2023


To whom it may concern:

We are writing this letter in support of Raymond "Ray" DiPasquale's character. We have known Ray for more than 30 years as a friend, confidant, and family member. It is our understanding that Raymond has been involved in underage pornography. As a result of this alleged action, we have found that Raymond is deeply retrospective and remorseful. He has apologized to us numerous times for any impact this has had on our family and has apologized to all of his family members numerous times for what he feels is an embarrassment to our family. We are certain that his apologies are 100% genuine and that this incident has hurt him far more than any of his family members.

There is so much good that Raymond DiPasquale has done for our community and family. On a regular basis our family would visit Ray at his lake home. Ray has so many friends in the community. Often when we would visit; there were always people there that have known Ray during the different phases of his life. Ray would do everything in his power to make everyone feel welcome, taking friends, families and visitors on boat rides, offering us food and generally making us feel incredibly welcome. Everyone enjoys going to visit him; trusts him and knows that his door is always open. He truly is a man who would give his shirt off his back if someone needed it. During a time when we didn't have the means to hire a roofing company, he spent several days working alongside us to get a new roof installed on our house. This has happened many other times for other family members and friends. His giving nature comes naturally and effortlessly. He continues to show his empathy for others during this situation.

If we could describe the changes we have seen in Ray since his arrest in one word it would be retrospective. He continues to internalize the results of his actions and make the necessary changes. Some of the meaningful changes we have seen is that Ray no longer is on his phone on a regular basis. We have spent days with him where he does not check it once. He has taken control and no longer gives himself the opportunity to access pornography. He is attending counseling sessions both in group and one on one. He is taking the steps necessary to ensure his family and friends that this will never happen again.

We are hopeful that you will read this and have a better picture of the man we all know as Raymond DiPasquale. To us, he is one of the most kind people we've encountered in life. We thank you for reading this letter and want you to know that no matter what your decision is, we will do everything we can to support Ray in the future.

Very Truly Yours,

Steven and Leslie Tanner

March 3, 2023

Kenneth Bailey
4145 Lakeville Groveland Road
Geneseo, New York  14454

To Whom It May Concern:

I appreciate the opportunity to express my thoughts about my friend, Raymond DiPasquale. My wife Karen and I have been married for more than 40 years and have one grown daughter and son-in-law. I left General Motors after 39 years, retiring as a training coordinator. I have known Ray for almost eight years, having first met him when I began training for triathlons. He and his wife generously offer their house and lake access for anyone who wants to swim in open water, year after year.

After Ray was arrested, he reached out to my wife and me to offer a chance for us to ask questions and/or discuss his actions. He told us he would understand if we chose to terminate our friendship. However, because what he did was so out of character for our experience with him, we invited him to our house to meet and talk, and listened to him express his remorse for the choices he had made. He apologized profusely for what he had done and said he was getting counseling to help him deal with life situations that had become overwhelming for him up to that point. He did not deny what he had done, and he was more concerned that people would treat his family differently because of his behavior.

My first impression of Ray was when I showed up at his house to swim and he immediately made me feel welcome, not knowing me at all. From then on, our friendship has grown. We connected right away because we are a lot alike, in that we put others first and try to help those around us be the best they can be. At triathlons and other competitions, Ray is everyone's biggest supporter and keeps us all grounded and calm with his humor. He makes sure we have all the gear that we need to compete, he vigorously cheers us on and is always waiting along the course and at the finish to congratulate us. As we have come to know Ray better through the years, we have also seen his respect and concern for his aging parents. He will drop everything to respond (in another town) when his father has fallen, and helps him and his mom with their daily care, all without complaint. If he cannot be available, he always makes sure someone is able to step in. Likewise, we have also seen him support his wife through the recent deaths of her sister and father and to help her care for her mother. We believe Ray is a great example of one who exemplifies "service above self," because he puts his own physical and emotional needs last, sometimes to his own detriment. Ray is positive, helpful, encouraging and a great friend to so many.

We have traveled several times with Ray, his wife and son for triathlons, including overnights and sharing accommodations. We have upcoming races and trips planned with them as well. Since Ray was arrested, we have seen him humbly work towards regaining the respect of his friends and family, including attending counseling sessions and being willing to accept the consequences of his actions. Whatever the outcome of his legal situation, we will continue to support him and his family.

Sincerely,

Kenneth Bailey

February 25,2023

Alec Bischoff
101 Radnor Ln
Rochester, NY 14617

Dear Your Honor,

My name is Alec Bischoff. Thank you for taking the time to read this letter written on behalf of Ray Dipasquale. I am fully aware of what Ray faces today. I first met Ray close to five years ago and have had many interactions with him though out the years. I have watched him gather with many friends and athletes coordinating triathlon events. Opening his home to friends and strangers alike. Encouraging people of all ages to reach their personal potential as runners, swimmers and bikers. Ray created this event to raise and donate all the money collected for the local food pantry. He did this all for charity. Just because …

I am a father of two daughters and six  grandchildren. I have worked as a professional photographer, photographing children's school programs and youth sports teams for over 35 years.

I am proud to call Ray a friend. Throughout this entire process not once has Ray uttered a single negative word, or tried in any way to diminish or transfer blame for this allegation. He  instead, with a pure heart, and with intention, has worked to do all he can to make this right.

Ray has tremendous support. Starting specifically with his wife Kim. The ministry of her presence, her unwavering love and complete commitment to Ray insures he will never face present or future challenges alone. Ray has a beautiful and healthy relationship with both of his sons. Both Ryan, and Brandon are equally devoted to their father. Ray has already reached out for help, from only good places. Professional mental health experts, family and friends. He really is trying. A testament to the character of Ray, is the fact that so many people have not turned their back on him. It amazes me, just how many friends, and family have rallied to and around him. This in and of itself speaks to the character of this man. I believe Ray is a stand up, honest great  person who made a mistake. These circumstances do not define who Ray truly is.

In closing, I will promise, your honor, to do anything and everything I possibly can to support Ray in the future. Together yes we can!

Respectfully Submitted,

Rebecca Irene DiPasquale
8934 Lynwood Drive
Seminole, Florida, 33772

Your Honor,

Thank you for allowing me to share my thoughts about my brother-in-law, Raymond Charles DiPasquale. I have two children and currently live in Florida and work as an Office Coordinator for a small medical group. I have known Raymond for over 30 years and feel that I can speak strongly about his character.

I first heard about the charges Raymond was facing from his brother, Charles. Raymond was fully aware of the mistake he had made and I could see that his first concern was how this would affect his family, never putting himself first or blaming anyone else. I know of the charges brought upon Raymond in full and know that he has taken complete responsibility for his actions.

Raymond is such a positive, hardworking, dedicated, compassionate person. I have many memories where Raymond showed his caring nature and was there for us from life events such as graduations and weddings to phone calls and checking in during the difficult times as well. He was the one that drove over 4 hours to be with us when my son Christopher was in a terrible accident that almost took his life. He made it a priority to drop whatever he was doing and offer his assistance and support to us in our time of need. It speaks volumes to his character. It is honorable to see how Raymond truly cares for his family and devotes his time to being there for his parents, specifically and more recently to his father in his time of need.

My father-in-law has had Parkinson's for 15 years, and as this gets worse each day, Raymond is there taking care of him. From driving to the house in the middle of the night because my father-in-law has fallen, taking him to doctor appointments and giving him showers and cleaning him up on a daily basis. Raymond has truly been a blessing.

Raymond is a wonderful inspiration to me and the rest of our family. In spite of the mistake Raymond made, I would only hope my boys possess the same integrity, compassion and love of family that Raymond has shown throughout the years.

Thank you so much for allowing me to share about my brother-in-law. Whatever the outcome may be, I respect and fully support Raymond.

Sincerely,
Rebecca Irene DiPasquale

Charles James Dipasquale Jr
8934 Lynwood Drive
Seminole, Florida, 33772

Your Honor,

Thank you for allowing me to share my thoughts about my brother, Raymond Charles DiPasquale. I served 5 years of active duty in the United States Air Force and 10 years in the Air Force Reserves. I have three children and currently live in Florida and work as a General Manager for Hilton Hotels. Growing up with Raymond and staying close with him for over 50 years, I feel that I can speak strongly about his character.

I heard from Raymond right after he was arrested and I am aware of the seriousness of the charges brought up against him. While speaking with Raymond he was very regretful and apologetic over his actions. His first thoughts to me were that he needed to seek therapy. Not one time did Raymond put the blame on anyone else. Raymond did not think of himself, only how this would affect his wife, children and other members of his family.

I always remember Raymond being there for all of us. My son Christopher had undergone a simple surgery to remove his tonsils. During the surgery, Christopher's carotid artery was mistakenly nicked and my son was put into intensive care for a week. My first call was to Raymond to tell him what had transpired and if he could tell the rest of the family. He immediately told me that whatever we needed he was there for us. We were living in Pennsylvania at this time. About five hours later I received a phone call from Raymond telling me he was at our house. I was very grateful that he was there but not surprised in the least. Raymond would always drop what he was doing and always put others before himself. Raymond stayed with us throughout the time Christopher was in the hospital. He watched our other son for us while we could concentrate on making sure Christopher was taken care of.

Raymond has been a great inspiration to me and the rest of our family and has taught me that we should always put others first. In spite of the mistake Raymond made, I would only hope my children grow with the integrity and sacrifices he has made throughout his life.

Thank you so much for allowing me to share a short story of my brother. Whatever the outcome, I will always support Raymond and be by his side for whatever he needs.

Sincerely,

Charles James DiPasquale Jr



**GENESEO CHIROPRACTIC**

CHRISTOPHER RUBECK, D.C.

61 Main Street, Suite 7
Geneseo, NY 14454
Telephone: (585) 243-5450

I have known Ray for the past 20 years. Our friendship began on the dock of my house where we shoved off for early morning training swims in Conesus Lake on route to a decade of triathlon races together. We've travelled together, competed together, and spent countless hours on the bike together. Ray has watched my two boys when we need help and has always been there for my family. He's the kind of guy who will drop what he's doing to help you out whenever. He's the best neighbor I've ever had.

Ray called me just before news broke about his charges and he told me what he had done before the public got word. I felt sick, I was saddened, and I knew his life would never be the same. Ray told me he was sorry he had disappointed his friends and family. He knew what he had done was wrong. He said he was getting the help he needed and he would understand if I wanted to back away from our friendship. I told him to get better, to heal and that I would be there for him and his family as he had always been there for me and my family.

I've always told Ray that he's my 4:00 in the morning guy. He is the one friend I have that I would use my phone call from jail to bail me out. Even though I may only have my underwear and socks on and smell of vomit he would post bail and not ask what the heck brought me to be in that state. He'd just come down, help me out, and bring me home.

Since Ray's found himself in this situation, he's of course embarrassed and humbled. He's working through this with the help of friends and family but I'm sure he's in a very lonely place. His life will never be the same no matter what happens. I feel, I know, going forward he will continue to be a giving friend, always there to help, and I pray for his continuing recovery and healing.

Christopher Rubeck DC

February 25, 2023

Dr. Natalie Dietrich
5379 West Lake Rd
Conesus, NY 14467

Dear Your Honor,

My name is Natalie Dietrich and I am a Pharmacist, married with 3 kids. I am writing this letter on behalf of Ray DiPasquale.  Ray has been our next-door neighbor since 2002.  I speak for myself and my husband Tim Dietrich when saying "we" in some of the comments below.

I would first like to speak to Ray's personality. He always has a smile on his face and is extremely accommodating. If you talk to him and you mention any type of problem at all he will do anything within his power to help you even if it takes up a lot of his time.  He has come over to help Tim with home projects, offered food, snacks for our kids, and he is the type of guy that will text us if there's any type of problem when we are not home and also take care of it (for example jumping into the lake to retrieve an item if something of ours were to blow away while we're not home). We have been told we can park our cars in his parking spots and borrow anything of his whenever we want, including his boat which is super generous and beyond any generosity we've ever experienced from a neighbor. He hosts gatherings at his house and has introduced us to many of his friends. We feel we are always welcome and at times have joined Ray and his family and friends when they are outside enjoying a BBQ. I feel that my husband Tim and I know Ray and his wife Kim well.

Ray has been more than a neighbor to us, he has been a trusted friend. Our houses are close together and Ray has always been willing to rush over if he sees us carrying something heavy or if working on something outdoors, he will offer to help. We are close enough next door to hear most things and I have never heard Ray lose his temper or yell. What we observe and hear mostly are people laughing and enjoying good conversation or stopping by to swim. Ray and Kim are the kindest people we know. We frequently offer each other food and although we try to match Ray's generosity, this can be a challenge since Ray is the type of guy that would give the shirt off his back to someone in need of help. This kindness shows in the 2 children they have raised, Ryan and Brandon, who are also two of the nicest people we know.

I think it is also important to mention that we have 3 young children. Ray has known our children since they were babies, and we have always trusted Ray with them and still do. We have never once witnessed anything inappropriate. Our kids are boisterous and intrusive showing up in Ray's yard asking for snacks or talking his ear off when he's trying to get stuff done outside but Ray has always been patient and kind. He attended the adoption of our youngest two kids, and we attended his son's wedding.

Ray reached out to my husband Tim after his arrest to inform us of the situation and during that conversation he was genuinely remorseful. He never deflected or made excuses and stated he was seeking help through therapy. He is a wonderful human being that did an incredibly stupid thing. Thank you for allowing us to share this side of Ray with you.

Sincerely,

*Natalie Dietrich*

Natalie Dietrich

March 5, 2023
Jennifer Reynolds
29 East Avenue
Arkport, NY 14807

Dear Judge,

It is a privilege to have the opportunity to express my thoughts about my close friend Ray DiPasquale. I have been a public-school teacher for 22 years and am married with 3 children. Similar to Ray, I am both active in my community as well as with my family. Being active with our families is what led us to meet ten years ago. I write to you fully aware of the charges Ray faces. In the past year, I have had the opportunity to talk to Ray about these charges on several occasions. It is obvious that he takes these charges very seriously and has spent an extraordinary amount of time working in therapy to address the personal issues that led him to this point. He has also spent time personally talking to family, friends, and neighbors about his charges. During the time I have spent with Ray this year, he has consistently expressed grave concern for his wife Kim. Concurrent with the remorse he shows for his actions, he understands and expresses the magnitude of his situation as it relates to Kim, her daily life and her well-being.

Meeting the DiPasquale family ten years ago has been one of my life's greatest joys. In this time, we have participated in countless triathlons, road races, endurance events, and gym activities. Being active in this type of way requires hours of training together. Ray is the type of training friend that concerns himself mostly with how others are doing. Through the years, Ray has opened his home for large groups of people to meet and train together. Beyond welcoming training groups at his home, he has also organized several yearly events for large groups of people to participate in as well as hosted family and friend celebrations. I have been lucky enough to be part of all of this for the last decade and it has changed my life tremendously. Even now, despite his difficult year, each day when I arrive, he is both welcoming and encouraging.

Summer is particularly busy at the DiPasquale home with many people meeting throughout the morning to swim, bike, and run. When Ray isn't training with us, he is checking on us to be sure we are all safe in the water and on the road. On one Saturday after our training this summer, Ray and Kim invited me to stay for lunch. It was on this day that I was able to see that beyond the time he spent making sure others are taken care of all summer as they train, he also had been a consistent caretaker for his friend Kevin who was battling cancer. That day he had also arranged to have Kevin down for lunch so he could enjoy a beautiful afternoon on the water. Despite Kevin's failing health in the following months, Ray continued to provide respite for Kevin's wife each week. In a word, Ray is a caretaker. He is always doing things for others.

I have said on many occasions that I hope to raise my family in the way that Ray and Kim have raised theirs. I hope that my children become the successful, thoughtful, and loving adults that they have raised. I hope to nurture a relationship with my children that emulates the closeness that their family has. They are a remarkable family that I love very much.

Despite Ray's mistakes, I am grateful for his honesty and friendship. I am grateful for the care and concern he has shown for his family throughout the past months and the continued effort he makes to address the personal struggles endures. My support for Ray and the DiPasquale family is unwavering.

Sincerely,

Jennifer Reynolds

Ashley Perry
7381 Carney Hollow Road
Springwater, NY 14560
April 1, 2023

Dear Judge,

Thank you for the opportunity to write this letter on behalf of my dear friend Raymond DiPasquale. My
name is Ashley Perry, I'm 35-years-old, and a resident of Springwater, NY. I am a Registered Nurse of 13
years at Noyes Hospital, in Dansville. I met Ray and his wife Kim in 2016 at the Dansville Fitness Club, a
CrossFit gym in Dansville, NY. Since that first friendly gym encounter, we have spent countless hours
doing tough workouts, enjoying tons of great meals, craft beers, many laughs, some tears, and traveling
all over to compete in fitness and endurance events. The friendship I have with Ray and his family has
been a constant over the last 7 years and I would consider Ray and the DiPasquale family an integral
part of my life.

That first friendly gym encounter was just the beginning of my friendship with Ray and the DiPasquale
family. That winter I joined the DiPasquale's for their annual winter party and polar plunge, and when
springtime came around, I started training with them for their annual Conesus Lake triathlon. Ray's grit,
brute strength, and determination have always been something that I have admired and although Ray's
cranky knees don't allow him to race right now, he is always sure to give his full support to his fitness
friends. This support comes in the form of a smiling face and a big hug at the finish line, a cold beverage,
and snacks on a long hot run or tough bike ride, a lift when a bike tire goes flat, followed by a lesson on
tire change and repair, and even a rescue from a lake swim when a dangerous storm quickly
approaches. These little, but meaningful things explain why on any given day, the DiPasquale home is
full of friends and family. For many it's a sunrise swim followed by coffee and snacks, for others a sunset
steak dinner, and drinks, followed by a sweet treat, the porch is always full of people that call the
DiPasquale's "family".

I would describe Ray as strong, kind, caring, personable, fun, and an all-around great guy. One thing that
will easily stand out about Ray is his natural ability to care for others. Ray is a caregiver, whether for his
family, his dear friends, or a stranger who is struggling. Ray has shown this time and time again, he cared
for his dear friend Kevin throughout his terminal illness and continues to support Kevin's wife. He
provided care for his wife Kim's sister and father when their health was failing. Today, Ray provides
significant care and support for his elderly parents as his father's Parkinson's disease quickly advances.
Since I have known Ray, he has always gone above and beyond to care for the ones he loves, and Ray
would truly give the shirt off his back to anyone in need.

April 1, 2023
Page 2

I am aware of the charges that Ray is facing and the consequences of those charges. Ray discussed his arrest with me openly and allowed me opportunities to ask questions and express concerns. During these discussions, Ray voiced some deep personal issues that led to his uncharacteristic behavior. Ray is deeply regretful, remorseful, and ashamed of his actions and has expressed this to me on more than one occasion. Ray has always been one to put everyone before himself and to make sure that others whom he cares about are taken care of. Ray is deeply concerned about how his poor judgment and actions reflect on his friends and family and he has shown great remorse for the emotional damage it has caused everyone he cares about. Ray has a strong desire to work through this and is participating fully in professional therapy and is supported by his close friends and family.

In summary, Ray is a giver and has given so much to those around him. It is with these words and the words of others that have chosen to share, that I hope you are able to see a glimpse of Ray as the person that he truly is, the one who treats everyone like family, the one who puts others' needs before his own, the one who has provided care to his friends and family when they needed it most, and the one who at any time you can reach to.

Sincerely,

Ashley Perry

# EXHIBIT

# B

**North Coast Counseling**
www.northcoastcounselingny.com
277 Alexander, Suite 306      585-262-4303
Rochester, New York 14607   fax: 585-262-4363

March 10, 2022

Robert King, Esq.
19 West Main Street, Suite 250
Rochester, NY 14614

RE:      RAYMOND DIPASQUALE
         DOB: 11-10-1965

Dear Mr. King:

I am writing to summarize my sexual behavior risk evaluation of Raymond DiPasquale and to make recommendations for his continued care.    Raymond has yet to be arrested, but is being investigated by the New York State Police for being involved in downloading and viewing pornography presumably of underage persons.  He acknowledges doing this for the past several years as a way to achieve some kind of sexual release and does not express any preferences for underage images or children, but rather that it was just predominantly female pornographic material.  He is extremely embarrassed and he is quite depressed as he looks to the future of possible prosecution.

Raymond is a 56 year old retired Greece police officer.  He graduated from Mt. Morris High School, went to Springfield College and later Genesee Community College for criminal justice.  His father was police chief in Mt. Morris and he has several other family members who have been involved in law enforcement, making this an extremely embarrassing situation for him.  He reports making no efforts to meet up with people, but only exchanged pictures.  He in part accounts for this behavior due to the fact that his wife has medical conditions which prevent them from having a sexual relationship.

Raymond's developmental history is remarkable for at the age of seven or eight his cousin talking about sexual matters and looking at Playboy magazines.  At age 12 he was molested by a pastor/ teacher from his church.  He reports that he did not really know what was happening; he was invited to the pastor's house, invited to lay in his bed and then the pastor got in bed and rubbed his genitals.  He reports that this only happened one time and he has never told anyone.  The remainder of his sexual history is unremarkable, having met his wife of 35 years and having two adult children.  He reports that this activity has not had any effect that he is aware of when he is actually around children, and I suspect that he was principally looking at adolescents rather than younger children.

1Dipasquale

Raymond is extremely distressed by this situation and has had somewhat self-destructive feelings over the course of this investigation. He has a very supportive wife, younger brother and sisters, and they are helping him through this most difficult time. Although he reports some suicidal thoughts, he has no plan and there are no firearms in his house. He expressed interest in talking with others who have been in this situation and I am scheduling his first treatment session to meet with some of the members of my treatment group to talk about their experiences to bolster his coping skills.

## TESTING

The Affinity Assessment of Sexual Interest ® is a standardized test that explores the sexual interests of individuals by having them view slides of models (adults & children) and rate how sexually attractive or unattractive they find each image. It also collects two objective measures of sexual interest that are outside of the awareness of the subject regarding their sexual interest. On the Affinity, he only reported and the objective measures only showed a significant sexual attraction to adult females with a somewhat less sexual attraction to adult males and to juvenile females. This is not considered a deviant profile and his sexual adjustment appears to be healthy.

The Sexual Adjustment Inventory is a paper and pencil self-report standardized test which explores relevant psychological factors that influence risk. Scales include Truthfulness for Test items and Sex items; Sex Items Scales for Sexual Adjustment, Child Molesting, Sexual Assault and Exhibitionism and Non-Sex Item Scales for Violence, Antisocial Attitudes, Distress, Impulsiveness, Alcohol and Drug Abuse. On the SAI, his truthfulness scales both on test items and sex items were well within the valid range. ON the sexual scales he only showed a problematic elevation for sexual adjustment, which is understandable given his situation. On the non-sex item scales he only showed a significant elevation for distress with no elevations for violence, anti-social attitudes, impulsiveness or drug or alcohol problems.

## RISK

Our evidence based risk assessment and treatment recommendations follow the Risk-Needs-Responsivity Model.

The actuarial risk instruments for **non-contact offenders** (pornography, exhibitionism, unlawful surveillance) are assessed using the STABLE 2007, Child Pornography Offender Risk Tool (CPORT) and Correlates of Admitted Sexual Interest in Children (CASIC). The scores are combined and reported as 5 catagories of risk.

*The three principles of the R-N-R Model are:*

*1. Risk Principle: match the level of service to the offender's risk to re-offend.*

*2. Need Principle: Assess criminogenic/sexual deviance needs and target them in treatment. Assess general mental health needs and goals/targets for treatment. Identify strengths and resource available.*

2Dipasquale

Distribution of Offenders with this risk in relation to all sex offenders.

% Offenders with lower risk:                     % Offenders with higher risk:

       3% Below           97% Above     

*Note:  Recidivism estimates halve each 5 years in the community without offending.*

\*Based on R. Karl Hanson (2017) 45,398 clients rated in 118 samples from 16 countries in 536 studies.  Public Safety Canada

2.  *Needs:  None noted.*

3.  *Responsivity: Excellent.*

**NEED**

Principally, Raymond needs mental health treatment for coping with the circumstances of his legal situation and to recover a more stable sense of himself and reduce his level of distress.  There are no particular criminogenic needs noted and he is a very earnest and forthright individual.

**RESPONSIVITY**

Raymond's responsivity has been excellent and he reports that talking about this with me has been very helpful to him as he copes with the situation.  I will be providing treatment for him and probably inclusion in a treatment group at the beginning of May.

Thank you for this referral.

Sincerely,

Carl W. Christensen, LCSW-R

c:      Raymond DiPasquale

4Dipasquale

**North Coast Counseling**
www.northcoastcounselingny.com

277 Alexander, Suite 306     585-262-4303
Rochester, New York 14607   fax: 585-262-4363

10/19/22

Greg Colavecchia, Esq.                                    RECEIVED OCT 2 4 2022
19 West Main Street, Suite 250
Rochester, NY 14614

RE:    RAYMOND DIPASQUALE
       DOB: 11-10-1965

Dear Mr. King:

I am writing to update you on Ray's progress in treatment.  He began treatment in May of 2022 and has attended all sessions.  He has been an active member of the therapy group, has opened up considerably about his feelings and exploring the factors that contributed to his use of pornography.  His risk continues low and I believe he is an excellent candidate for community supervision and outpatient treatment.

Thank you for this referral.

Sincerely,

Carl W. Christensen, LCSW-R

c:    Raymond DiPasquale

1Dipasquale

# EXHIBIT C

Raymond DiPasquale
5381 West Lake Rd
Conesus, NY 14435

Your Honor:

As you know, I am Raymond DiPasquale and I am 57 yrs old. In February, 2022, my
life and my family's life changed forever. At 5:30am on February 16, 2022 the New
York State Police knocked on my door. They explained why they were there, to
execute a search warrant and seize all my devices. I was being investigated for
looking for underage pornography. I was immediately filled with a range of emotions,
disgust with myself, guilt, worthlessness, fear, shame and a sense of relief. After the
State Police left I explained to my wife Kimberly, my brother and my son what I had
done and why the State Police were here at my home. Later that day I made an
appointment with Carl Christensen from North Coast Counseling. Before I met with
Carl I was too proud of a man to seek help through any kind of counseling for the
issues I was dealing with in my life. I knew I had to get help and this was the first
step. After meeting with Carl a few days later, I felt a sense of relief, in the fact that
my destructive outlet and behavior had stopped. I realized that I have a long road
ahead of me but this dark time in my life has ended. I am writing to you to give you a
look into my life before it unraveled. Why it unraveled and why I turned to
pornography as my outlet and escape. I have learned the importance of
acknowledging who I was and want to be.

I am a retired police officer and served the public for 32 years. I have a complete
understanding of my actions and the charges for which I plead guilty. There hasn't
been a day that I wavered from taking full responsibility for my actions. I know my
actions were completely wrong during this two year period. I truly can say I don't
remember a lot during that time in regards to the usage of pornography. I will always
own what I did and never stop not taking responsibility. Being a former police officer,
I fully understand and know the impact my actions had on the children in those
images. Not only did these children suffer when they were abused by the photos
taken of them and made to do unspeakable lewd things for those photos. Moreover, I
realize that I too added to their pain and suffering.

I would like to take this time to let you know a little bit about myself, how I grew up
and some details about my life as of recently. I had a very good childhood. I was a
very quiet and shy child, never wanting to cause problems and have everyone like
me. My father, Chuck, who was the Police Chief in our small town of Mt. Morris for
over 36 years was and still is my hero. I loved spending time by his side. He would
take me on ride-alongs when he was working which fostered my dream of becoming
a police officer. In my early 20's I was able to work side by side with my father

teaching a Criminal Justice class at the Charles G. May Center which is now BOCES. My father was a full time teacher in addition to his Police Chief position, again inspiring me with his dedication and work ethic. He is a very caring person and I tried to model myself after him. I also have a very caring and loving mother, Mary. She is a strong, opinionated woman with a fierce love for her family. She worked and retired from working with mentally challenged individuals. I also have a sister Nicole and two brothers, Charles and David. We were close during our childhood and to this day they are a major part of my support system. My grandmother, Rose, lived with us most of my childhood throughout high school. She was nurturing and loving as well. I spent about two to three weeks every summer with my Uncle who I was and still am very close with. He is like another father to me.

While I had an amazing childhood, it also came with some challenges. I was an altar boy for St. Patrick's Church until around I was 14 years old. I started school at St Patrick's Catholic School till third grade. Then the school was closed and I attended Mt. Morris Central School where I graduated from. Changing schools was difficult for me, but I really enjoyed school, mostly friends and sports. It was tough being a child of the Chief of Police in our small community. There were times where I was beat up in the bathroom because my father either arrested or dealt negatively with an older student's parent. I would at times fight back and that's when I would get detention, but was never suspended. The only time I told my parents, especially my dad, was when I would get detention often because one of the school administrators would call him. Those types of altercations slowed down the older I became. I was an average student throughout school. There was a period of time in school when I was having difficulty with grasping the information taught in class, after some assessment I was diagnosed with Dyslexia. I was 14 at the time. As I reflect on my past while writing this letter, I have come to realize that there were other factors that may have contributed to my struggles with concentration and school work. When I was 14-years-old there was a teacher, who was also a minister at St. Patrick's Church where I was an altar boy. My parents gave this teacher permission for me to go to his home as he would help me with school work. I was going to spend the night as well. We went to his home after school and after having dinner we sat on the couch. This when he started to rub my feet and up my legs. He stopped suddenly because another older student had knocked on his door. He told me to be quiet and stay still while he told the student to leave. When he came back into the living room he told me to go take a shower, he helped me get undressed and watched me take a shower.  That's when he said it was time for bed and said that I was sleeping in his bed. He had me climb into bed with him and he cuddled me from behind. He started to fondle me and rub up against my back side. The next thing I remember I was waking up and he brought me back to school. Similarly, when I was 15-years-old  after practice one day, it was just the two of us sitting on the spectator's bench, the coach and I. He had me lay down and started to rub my legs and ended up fondling me. That ended with another swimmer calling for him. I buried these two things that happened to me deep, thinking that this would help me to forget and be okay. I didn't think anymore of

these incidents, Thoughts of these did not resurface until later in my marriage, when I was able to tell my wife but even then, I did not give details. I can't remember why or how it came up, but I stuffed it down just as I had for most of my life. I truly have not talked in detail about these incidents till now. This has been a part of my rehabilitation. After I graduated high school, I went on to college for one year at Springfield Technical Community College in Massachusetts. I lived with my uncle and my aunt and little cousin at the time. I then transferred to and graduated from Genesee Community College. More importantly, this is where I met my wife Kim. I had numerous law enforcement jobs after college. I was a store detective and caught shoplifters, I also worked at Rochester Psychiatric Hospital as a security officer. In 1987 I got married and started my long career in law enforcement starting with working with the Livingston County Sheriff's Department. I spent 12 years with the Sheriff's Department and in 1999 I transferred to the Greece Police Department. In 2002 I had major back surgery and was out of work for close to a year. This is when I decided that I needed to become a more fit and healthy person for the sake of my family and to help in my job. I started with small running events and became obsessed with running. I worked hard and would compete moving from small runs to marathons, then to fifty mile runs. I completed four Ironman competitions. I also started to work out heavily at a crossfit gym. I was extremely active. I was able to work again and continued with my love of physical fitness throughout my career with Greece Police Department.

During my time at the department, I became involved in Union work and for the last 7 years with the Greece Police Department, I served as union president. I dealt with a lot of issues besides contracts to include discipline of officers, three officers involved shootings, and numerous others. Most of the time I received calls from officers at all times of the day and night. This kept me busy and constantly moving.

My father was diagnosed with Parkinson's Disease five years prior to me retiring. My father-in-law was also diagnosed around this time with the same disease. My father-in-law was affected by this disease a lot harder than my father was in the beginning. At times, I would leave work to help my mother-in-law when my father-in-law fell, or when he needed to go to appointments. I would also help him get out of bed in the morning before I went to work and at times help him into bed at night. Doing this helped take some of the stress off my wife and her family but more importantly I wanted to give back to a man who took me in as another son. At the same time my wife was caring for her father, she was also helping to care for her sister who was diagnosed with breast cancer and was very ill. I was extremely worried about her and what her family was going through. Again, I have always wanted to help and take care of people.

During this time period I started having significant knee issues which resulted in my having to stop doing what I loved to do. I couldn't run and I couldn't work out. My wife and I both formed what is like a second family with members of our Crossfit

gym. My knee issues limited my ability to see this family everyday and it was difficult. In 2019 I retired from the Greece Police Department. Simultaneously, my father-in-law was moved to a VA nursing home and my father's health quickly worsened. In retirement, I started helping my dad, providing help with daily activity skills and taking him to appointments. My father's health also worsened to a point where I have to give him regular showers, shaves and haircuts, and change him when he soils himself and at least three times a week deep clean my parents house. I also take him to regular doctor appointments, parkinson's appointments, and blood work. Though there are many other things I do for my dad and parents, I am able to spend valuable time with him in the last stages of his life.

In February of 2020 I suffered two major concussions one week apart from each other. The second concussion was from a snowmobile accident which I was unable to do anything for close to two months. I could no longer workout at the gym because of my knees. I was depressed but couldn't really identify my feelings at the time. A retired NYS Trooper friend suggested I see a counselor. I felt too proud of a man to bother anyone with what I was going through and would rather help others than myself. Not being able to do much of anything I chose, to start looking at pornography on the internet as an outlet or escape. I became obsessed with this and it started to consume my every free moment of life. There were a number of times I stopped and knew that this was becoming a problem. I was too weak and obsessed that I would go back to it. I felt like I was in a very dark place and became numb or desensitized to what I was looking at. I thought I could deal with my problems on my own. Throughout this escape my father-in-law passed away, then my wife's uncle died suddenly and her sister died from her battle with breast cancer. My father's health further declined to the point of needing daily care and I have become his daily care giver. Things seemed to just be spiraling out of control in my head and I kept it all inside, not telling anyone I was struggling. This is when I would turn to pornography to escape from all these issues, until the day the New York State Police knocked on my door.

Currently, I am living with my wife of 36 years, and throughout the last year we have become closer than we have ever been. She has been my support and has given me grace and unconditional love. I have two boys, Ryan and Brandon. Ryan is married to Robin who I consider a daughter and they have a baby, Declan, our grandson. He was born on March 11th. My son Brandon is currently working as a traveling Physical Therapist Aide and is working in Hawaii. We all have always been close but have gotten closer over the last year. I have become more open with any issues. I share my feelings, positive or negative, with my family. They inspire me and they have lifted me up with their love and support. I am not blind to the fact that this is quite amazing.

I have been volunteering with an organization called Lagum Landing with helping remodel an additional house on their property. I also help with their maple syrup

business. I've also been attending West Bloomfield Congregational Church, connecting with supportive people. I am learning how to healthily cope with my problems. I reach out to support people. Counseling has been life changing. I am learning a lot. Like I stated earlier, I am in counseling with North Coast Counseling and I have also started counseling in March 2023 with RKKS. These two treatments have had such a positive influence on me. They have helped me understand the dark place I was in and how to effectively manage my personal issues. I have learned from them a number of ways to deal with my anxiety and depression.

Again as a retired law enforcement officer, I realize the severity of my actions. I recognized I played a role in the continued abuse of those children. I can't put into words the pain I feel for playing a part in this. Since those dark days and the poor choices that I made, I am growing healthier and stronger mentally. I would like to continue to support my family by helping my son and daughter-in-law with the raising of their son, alongside my wife; caring for my elderly and disabled parents; and I'd like to continue to give back to my community. I will continue with mental health treatment and counseling; as I mentioned before; it has been life altering. During the group therapy, I find joy in helping others that have the same similarities to my case. With your mercy I will be able to continue to grow as a 'man', help my family and lastly, connect with more people and help support them as they face obstacles with their mental health. Please allow me the opportunity to give back to the amazing support system I have and the freedom to build on myself.

Your Honor,  I know I made unhealthy choices that led me down this path. I am ashamed and I am sorry.  I just want to thank you for listening and considering my request.

Sincerely,

Raymond DiPasquale